FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19-cr-456-T-36CPT

18 U.S.C. § 922(g)(1)

STEVEN COLVIN, JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 14, 2016, in the Middle District of Florida, the defendant,

STEVEN COLVIN, JR.,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Possession of a Short Barreled Shotgun**, on or about April 24, 2015; and

2. **Possession of Hydrocodone**, on or about April 24, 2015;

did knowingly possess, in and affecting interstate commerce, firearms, that is, a Ruger, model SR1911, .45 caliber pistol; and a Colt, model Trooper, .357 caliber revolver.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1.    The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of the violation of 18 U.S.C. § 922(g)(1) as charged in Count One, the defendant, STEVEN COLVIN, JR., shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    The property to be forfeited includes, but is not limited to, a Ruger, model SR1911, .45 caliber pistol; a Colt, model Trooper, .357 caliber revolver; .45 caliber Tax-XPD hollow point ammunition; and .45 caliber Federal ammunition.

4.    If any of the property described above, as a result of any act or omission of either defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael M. Gordon
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

STEVEN COLVIN, JR

## INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 2nd day

of October, 2019.

_____
Clerk

Bail $_____

GPO 863 525